UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 11-4112 |
| FABIO MUNOZ, | : | ORDER FOR CONTINUANCE |
| MOSES HERNANDEZ, | | |
| FNU LNU, | : | |
| a/k/a "Pablo Cruz," | | |
| JUAN A. OLOCIO | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant U.S. Attorney, appearing), and defendant FABIO MUNOZ (Peter Willis, Esq., appearing), defendant MOSES HERNANDEZ (William Hunt, Esq., appearing) and defendant JUAN A. OLOCIO (Marc Liebman, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, one continuance having been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of effective preparation and so that the parties could attempt to resolve the matter and thereby avoid a possible trial,] and the defendants being aware that the defendants each have the right to have the matter submitted to a grand jury within thirty days of

the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and each defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of a lengthy investigation, and the discovery involves a voluminous amount of discovery/numerous audio and video recordings/etc. that defense counsel requires adequate time to review;

(2) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ____ day of September, 2011,

ORDERED that this action be, and hereby is, continued for a period of 60 days from September 19, 2011 to November 21, 2011; and it is further

ORDERED that the period from September 19, 2011 to November 21, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney

_____
Peter Willis, Esq.
Counsel for defendant Fabio Munoz

_____
William Hunt, Esq.
Counsel for defendant Moses Hernandez

_____
Marc Liebman, Esq.
Counsel for defendant Juan A. Olocio

ORDERED that the period from September 19, 2011 to November 21, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney

_____
Peter Willis, Esq.
Counsel for defendant Fabio Munoz

_____
William Hunt, Esq.
Counsel for defendant Moses Hernandez

_____
Marc Liebman, Esq.
Counsel for defendant Juan A. Olocio

ORDERED that the period from September 19, 2011 to November 21, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY L. WALDOR
United States Magistrate Judge

Form and entry
consented to:

_____
Rodney C. Villazor
Assistant U.S. Attorney


_____
Peter Willis, Esq.
Counsel for defendant Fabio Munoz


_____
William Hunt, Esq.
Counsel for defendant Moses Hernandez

_____
Marc Leebman, Esq.
Counsel for defendant Juan A. Olocio